**AKERMAN LLP**
JOSHUA R. MANDELL (SBN 225269)
joshua.mandell@akerman.com
HALEY C. GREENBERG (SBN 307475)
haley.greenberg@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**AKERMAN LLP**
CHRISTOPHER S. CARVER (*pro hac vice* forthcoming)
christopher.carver@akerman.com
DUSTIN B. HILLSLEY (*pro hac vice* forthcoming)
dustin.hillsley@akerman.com
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

Attorneys for Defendant
SIXT RENT A CAR, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER SIGLIN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SIXT RENT A CAR, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. **'20 CV0503 DMS BLM**<br><br>**NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT**<br><br>**[FEDERAL QUESTION]**<br><br>[San Diego County Superior Court Case No. 37-2020-00012844-CU-BT-CTL]<br><br>Complaint Filed: March 9, 2020<br>Trial Date: None |

1
**NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT**

52334424;3

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to 28 U.S.C. §§ 1331 and 1441(a), Defendant Sixt Rent A Car, LLC ("Defendant" or "Sixt") hereby removes this action from the Superior Court of the County of San Diego, to the United States District Court for the Southern District of California, and states as follows:

## I. STATEMENT OF THE CASE

1. Plaintiff Parker Siglin ("Plaintiff" or "Siglin"), on behalf of himself and others similarly situated, filed this action in the Superior Court of the County of San Diego on March 9, 2020 (the "California State Court Action"), alleging violations of the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681, *et seq.* Compl. ¶¶ 28-45. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, and orders on file in the California State Court Action are attached hereto as **Composite Exhibit A**.

2. The gist of Plaintiff's claim is that he allegedly received a "receipt"[1] from a vehicle rental location operated by Sixt, which "receipt" allegedly violated FACTA's truncation provision because it contained the first six and last four digits of his credit card number. *See, e.g.*, Compl. ¶ 31; *see also* 15 U.S.C. § 1681c(g)(1).

3. However, the California State Court Action is not the first time Plaintiff filed this action against Sixt. On October 22, 2018, in the United States District Court for the Southern District of Florida, Plaintiff filed an action involving the same claim, against the same defendant, with the same counsel, and brought on behalf of the same putative class members. That action is styled, *Siglin x. Sixt Rent A Car, LLC*, Case No. 18-62536-CIV-MARTINEZ-OTAZO-REYES, and is pending before the Honorable Jose E. Martinez (the "Florida Federal Court Action"). A true and correct copy of the

---

[1] As a matter of fact – and one of the many reasons why Plaintiff's claims must fail – the "receipt" on which Plaintiff's FACTA claim is based is not a FACTA "receipt"; it is his vehicle rental contract, and therefore not within the scope of FACTA at all.

1  complaint in the Florida Federal Court Action (excluding exhibits) is attached as
2  **Exhibit B**.

3  4. The Florida Federal Court Action is currently stayed pending the
4  Eleventh Circuit's decision in *Muransky v. Godiva Chocolatier, Inc.*, 922 F.3d 1175,
5  1180 (11th Cir. 2019), *reh'g en banc granted, opinion vacated*, 939 F.3d 1278 (11th
6  Cir. 2019), which will address whether "a bare procedural violation, divorced from
7  any concrete harm," as alleged by Plaintiff, is sufficient for Article III standing under
8  *Spokeo, Inc. v. Robins*, 136 S.Ct. 1540 (2016). *Id.* at 1549. A true and correct copy of
9  Judge Martinez's order staying the Florida Federal Court Action is attached as
10 **Exhibit C**.

11 5. After Plaintiff filed the Florida Federal Court Action and before Plaintiff
12 filed the California State Court Action, Plaintiff filed yet another nearly identical
13 complaint against Sixt on October 14, 2019, in the Circuit Court of the Seventeenth
14 Judicial Circuit in and for Broward County, Florida. That case mirrors the others and
15 is styled, *Siglin v. Sixt Rent A Car, LLC*, Case No. CACE 19-021308 (03); it is
16 currently pending before the Honorable Nicholas Lopane (the "Florida State Court
17 Action"). A true and correct copy of the complaint in the Florida State Court Action
18 (excluding exhibits) is attached as **Exhibit D**.

19 6. On December 30, 2019, based on long-settled precedent, Sixt filed a
20 motion to stay the Florida State Court Action pending resolution of the first-filed and
21 first-served Florida Federal Court Action, which motion is currently pending before
22 Judge Lopane. A true and correct copy of Sixt's motion to stay (excluding exhibits) is
23 attached as **Exhibit E**.

24 ## II.    BASIS FOR REMOVAL

25 1. This is a civil action over which this Court has original jurisdiction under
26 28 U.S.C. § 1331, and may be removed to this Court pursuant to 28 U.S.C. § 1441(a)
27 because it arises under FACTA, 15 U.S.C. § 1681, *et seq. See* Ex. B ¶ 5. Removal of
28 these claims is therefore proper under this Court's federal question jurisdiction.

2. Removal of this action is also timely. Pursuant to 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."

3. Defendant's counsel accepted service of the underlying complaint in this action on March 16, 2020. Accordingly, the removal deadline is April 15, 2020.

4. This notice of removal has been filed well within that time frame.

5. Concurrently with the filing of this notice of removal, a copy of this notice will be filed with the Clerk of the Superior Court of San Diego County and written notice of the filing of this notice will be given to Plaintiff.

6. The filing of this Notice of Removal does not waive any objections or defenses that Defendants may assert based on personal jurisdiction.

### III.   CONCLUSION

By this notice of removal and the associated attachments, Defendant does not waive any objections it may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action. Defendant intends no admission of fact, law or liability by this notice, and expressly reserve all defenses, motions, and/or pleas. Defendant prays the California State Court Action be removed to this Court, that all further proceedings in the state court be stayed, and that Defendant receive all additional relief to which it is entitled.

Respectfully submitted,

Date: March 16, 2020         **AKERMAN LLP**

By: /s/ Joshua R. Mandell
Joshua R. Mandell
Attorneys for Defendant,
SIXT RENT A CAR, LLC